# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| WAYNE REDDICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV407-037 |
| | ) |
| HUGH SMITH, Warden, et al., | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Plaintiff, currently incarcerated in the Georgia State Prison, has filed a petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. "[The] sole function [of habeas corpus] is to grant relief from unlawful imprisonment or custody and it cannot be used properly for any other purpose." Pierre v. United States, 525 F.2d 933, 935-6 (5th Cir. 1976). Plaintiff is not challenging the legality of his imprisonment, but rather seeks monetary and injunctive relief for claims relating to conditions of his confinement. Doc. 1. Specifically, plaintiff alleges that defendants have deprived him of access to court, denied him prescribed medical treatment, intentionally infected him with hepatitis C and the

AIDS virus, and conspired with judges of this Court to deprive him of due process and equal protection of the law. The appropriate channel for such relief is an action pursuant to 42 U.S.C. § 1983 (providing redress against "[e]very person" who, acting under the color of state law, deprives another person of "any rights, privileges, or immunities secured by the Constitution and laws" of the United States).

Furthermore, although plaintiff seeks to proceed *in forma pauperis*, *d*oc. 2, he has failed to provide the necessary financial information for consideration of such a motion. Accordingly, plaintiff's action should be dismissed.

SO REPORTED AND RECOMMENDED this 27$^{TR}$ day of March, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA